O

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO DIAZ,<br>        Petitioner,<br>v.<br>JEFF LYNCH, Warden,<br>        Respondent. | Case No. CV 20-1309 CAS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected.

The Court accepts the findings and recommendation of the Magistrate Judge. Additionally, the request to stay the action (Docket # 25) is denied as moot due to this Court's lack of jurisdiction over the matter.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: January 21, 2021

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE