JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LEONARDO DIAZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JEFF LYNCH, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 20-1309 CAS (MRW)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed without prejudice due to lack of jurisdiction over a successive petition.

DATE: January 21, 2021

_Christine A. Snyde_

__ _____ __

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE